980 F.2d 722
 Flanagan (John Webster)
v.
Shively (William C.), Vogler (M.), Collier (Maureen), Miles
(Mr.), Brewer (R.), Nagy (Allen), Killyon (H.), Winslow
(C.), Browder (Tim), Aubry (P.), Smith (R.D.), Wilkerson
(G.C.), Williams (J.D.), Dame (Earl L.), Burlington (Bill),
Fleming (Les E.), Anderson (Earl), Carter (Mr.), Essig
(Dave), Turnbo (Charles), Hawk (K.M.), Finney (James A.), Taylor (Mr.)
 NO. 92-7287
 United States Court of Appeals,
Third Circuit.
 Oct 27, 1992
 
 Appeal From: M.D.Pa.,
 McClure, J.,
 
 783 F.Supp. 922
 
 1
 AFFIRMED.